# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN AMIR HARRIS, | : | |
| Plaintiff, | : | |
| v. | : | No.: 4:18-CV-1449 |
| MARK GARMAN, | : | (Judge Brann) |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of July 2018, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Harris' pending *pro se* motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(B) will not be construed as a new federal civil rights action.

2. The Clerk of Court is directed to **CLOSE** this case.

3. The Clerk of Court is directed to docket Petitioner's motion for relief from judgment in *Harris v. Glunt*, Civil No. 4:14-CV-2467.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge